# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 19-3712

———————————————

Carlos Perez Garcia

*Petitioner*

v.

William P. Barr, Attorney General of the United States

*Respondent*

————————

Petition for Review of an Order of the
Board of Immigration Appeals

————————

Submitted: June 26, 2020
Filed: July 1, 2020
[Unpublished]

————————

Before ERICKSON, WOLLMAN, and STRAS, Circuit Judges.

————————

PER CURIAM.

Carlos Perez Garcia, a citizen of Cuba, seeks review of an order issued by the Board of Immigration Appeals (BIA) dismissing his appeal from an immigration judge's (IJ's) order, which denied him asylum, withholding of removal, and relief under the Convention Against Torture (CAT). He argues that the BIA erred in affirming the IJ's determination that he was not credible and that the IJ failed to

develop the record. Perez Garcia's challenges to the denial of withholding of removal, the denial of CAT relief, and the IJ's failure to develop the record are not properly before this court for review because he did not challenge those issues on appeal to the BIA. See Chak Yiu Lui v. Holder, 600 F.3d 980, 984 (8th Cir. 2010).

Having reviewed the record, we find no basis for reversal. We conclude that the IJ's adverse credibility determination, which was upheld by the BIA, was supported by substantial evidence in the administrative record as a whole. See Yu An Li v. Holder, 745 F.3d 336, 340 (8th Cir. 2014) (standard of review). The IJ provided specific, cogent reasons for the credibility determination, and Perez Garcia failed to adequately explain the inconsistencies or provide sufficient corroborating testimony. See Kegeh v. Sessions, 865 F.3d 990, 995-96 (8th Cir. 2017); Ezeagwu v. Mukasey, 537 F.3d 836, 838-40 (8th Cir. 2008).

The petition for review is denied. See 8th Cir. R. 47B.

_____